UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK CATO,

    Petitioner,

v.                                          Case No. 10-10603

THOMAS BELL,

    Respondent.
                                          /

**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S
MOTION FOR ORAL ARGUMENT**

      Petitioner Derrick Cato, currently incarcerated by the State of Michigan, has applied for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is Petitioner's motion for oral argument on his petition. At this point, the court does not expect that oral argument will be necessary and intends to decide the petition on the briefs. *See* E.D. MICH. LR 7.1(f)(1). If the court later determines that oral argument is needed, the court will schedule a hearing on its own initiative. Accordingly,

      IT IS ORDERED that Petitioner's motion for oral argument [Dkt. # 8] is DENIED WITHOUT PREJUDICE.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 4, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 4, 2011, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-10603.CATO.2254.Deny.Oral.Argument.bb.wpd