UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DERRICK CHRISTOPHER CATO,

    Petitioner,

v.                                            No. 2:10-CV-10603

THOMAS K. BELL,

    Respondent.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability," dated July 25, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Thomas K. Bell and against Petitioner Derrick Christopher Cato.  Dated at Detroit, Michigan, this 25th day of July 2012.


                                            DAVID J. WEAVER
                                            CLERK OF THE COURT


                                            S/Lisa Wagner
                                        By:  Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland